FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RICHARD CHURCHWELL,<br>       Petitioner,<br>v.<br>WARDEN JAMES E. TILTON,<br>       Respondent. | No. CV 06-4646-GAF (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 5/7/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE